UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

LIZBETH BERENICE PEREZ REYES, §
§
  Petitioner, §
§
VS. § CIVIL ACTION NO. 4:26-0143
§
WARDEN, HOUSTON CONTRACT §
DETENTION FACILITY, *et al.* §

## ORDER

Petitioner Lizbeth Berenice Perez Reyes is detained in the custody of officials with Immigration and Customs Enforcement (ICE) at the Houston Contract Detention Facility. Through counsel, the petitioner filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241 (Dkt. 1). She brings claims under the INA, bond regulations, and the Due Process Clause. The respondents filed a motion for summary judgment (Dkt. 6) and the petitioner responded (Dkt. 8).

All of the briefing in this case was completed before the Fifth Circuit's decision in *Buenrostro-Mendez v. Bondi*, 166 F.4th 494 (5th Cir. 2026), and focused largely on the petitioner's statutory claims. However, the petitioner also brings a due-process claim. She does not state the length of time she has resided in the United States or provide other facts supportive of the claim.

In light of the intervening Fifth Circuit decision, the petitioner may file a brief raising any facts or authority supporting her due-process claim within **ten days** of the date

1 / 2

of this order. The respondents may respond within **five days** of the petitioner's filing.

The Clerk will provide a copy of this order to the parties.

SIGNED at Houston, Texas, on ___April 9_____, 2026.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE