United States District Court
Southern District of Texas
**ENTERED**
June 10, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LIZBETH BERENICE PEREZ REYES, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:26-0143 |
| | § | |
| WARDEN, HOUSTON CONTRACT | § | |
| DETENTION FACILITY, *et al.* | § | |

## <u>ORDER OF DISMISSAL</u>

Petitioner Lizbeth Berenice Perez Reyes filed this habeas petition when detained in the custody of officials with Immigration and Customs Enforcement (ICE).  On May 15, 2026, the respondents filed an advisory stating that the petitioner was now under a final order of removal and they intended to remove her from the United States after the five-day notice period elapsed (Dkt. 15).  The petitioner did not respond.

ICE's online public records reflect that the petitioner is no longer in custody. Therefore, this habeas action is **DISMISSED** without prejudice as moot.

The Clerk will provide a copy of this order to the parties.

SIGNED at Houston, Texas, on _____ June 10 _____, 2026.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE